## Charlotte C. Pegler v. The Highway Commissioners of Grand Rapids.

*Eminent domain: Highways: Notice: Meetings.* Proceedings to establish a public highway through private lands cannot be sustained where the record fails to show service of the statutory notice of the meeting; and a showing of notice of a meeting to be held April 25th will not uphold a meeting held May 11th, in the absence of any showing of notice of such latter meeting, or that it was held as an adjourned meeting.

*Submitted on briefs June 15. Decided June 21.*

*Certiorari* to the Commissioners of Highways of Grand Rapids.

The proceedings in question were taken to establish a public highway through lands belonging to the plaintiff in this writ.

*Champlin & Fitzgerald,* for plaintiff in *certiorari.*

No counsel appeared for defendant in *certiorari.*

MARSTON, J:

The return to the *certiorari* issued in this case shows a notice was given that the commissioners would meet at a certain place on the 25th day of April, 1874, to view the premises, etc. The record or return does not show that they met upon that day, but that they did meet upon the 11th day of May, 1874. It does not appear that any notice whatever was given of this meeting, or that it was an adjourned meeting. There are other errors apparent, but the above is sufficient.

The proceedings must be quashed, with costs.

The other Justices concurred.